**98–2531. Natl. City Bank v. Beyer.**

Huron App. No. H–98–006. (Appeal of state of New Jersey and cross-appeal of Sophie M. and Elizabeth O. Beyer.) Appeal and cross-appeal allowed.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

**99–85. Cicco v. Stockmaster.**

Huron App. No. H–98–016. Discretionary appeal allowed on Propositions of Law Nos. I and II.

DOUGLAS, BRYANT and F.E. SWEENEY, JJ., would allow all propositions of law.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for RESNICK, J.

**99–131. State v. Coley.**

Lucas App. No. L–98–1109. *Sua sponte,* cause held for the decision in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327; briefing schedule stayed.

**99–245. Schumacher v. Kreiner.**

Hamilton App. No. C–980188. On discretionary appeal. Appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

On motion for admission *pro hac vice.* Motion denied for failure to comply with S.Ct.Prac.R. I(2)(B).

DOUGLAS and PFEIFER, JJ., dissent.

**99–256. In re Civ. Serv. Charges Against Piper.**

Montgomery App. No. 17185.

F.E. SWEENEY and COOK, JJ., dissent.